UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ASTRID YARHI,

               Plaintiff,

    v.

HAMILTON COMPANY,

               Defendant.

Case No. 3:25-cv-00725-MMD-CLB

ORDER

      *Pro se* Plaintiff Astrid Yarhi filed a complaint against Defendant Hamilton Company (ECF No. 2-1 ("Complaint")) and an application to proceed *in forma pauperis* (ECF No. 2 ("IFP Application")). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending that the Court dismiss the Complaint with leave to amend and deny the IFP Application as moot. (ECF No. 7 at 1.) Plaintiff had until December 29, 2025 to file an objection. To date, no objection has been filed.[1] For this reason, and as explained below, the Court adopts the R&R, dismisses the Complaint with leave to amend, denies Plaintiff's Motion to Extend Time to file an Amended Complaint (ECF No. 11) as moot, and denies the IFP Application as moot.

      Because there was no objection, the Court need not conduct *de novo* review and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Baldwin found that Plaintiff failed to make any factual allegations, explain how Defendant violated her rights, or state what relief she is seeking. The Court agrees with Judge Baldwin that Plaintiff should have

---

[1] Plaintiff did file a Motion to Extend Time to file an Amended Complaint (ECF No. 11) and a Motion for Appointment of Counsel (ECF No. 10).

leave to amend her Complaint to correct these deficiencies in accordance with the requirements laid out in the R&R. (ECF No. 7 at 3-4.)

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 7) is adopted in full.

It is further ordered that Plaintiff's Complaint (ECF No. 2-1) is dismissed with leave to amend.

It is further ordered that if Plaintiff chooses to file an amended complaint curing the outlined deficiencies, Plaintiff shall file the amended complaint on or before January 29, 2026.

It is further ordered that if Plaintiff chooses not to file an amended complaint curing the stated deficiencies, the action will be dismissed for failure to state a claim.

It is further ordered that Plaintiff's IFP Application (ECF No. 2) is denied as moot.

It is further ordered that Plaintiff's Motion to Extend Time to file an Amended Complaint (ECF No. 11) is denied as moot.

DATED THIS 5th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE